

**U.S. Department of Justice**

Eastern District of California
United States Attorney

*McGregor W. Scott*
United States Attorney

501 I Street, Suite 10-100  916/554-2700

Sacramento, California  95814  Fax 916/554-2900
TTY 916/554-2855


December 8, 2005


Honorable Peter A. Nowinski
U. S. Magistrate Judge
501 I Street
Sacramento, California  95814

    Re:  United States v. Javier Lopez Campanero
        Magistrate # 92-083-PAN
        <u>Unlawful Flight to Avoid Prosecution</u>

Dear Magistrate Nowinski:

    There was filed before you, on March 24, 1992, a complaint for unlawful flight to avoid prosecution.

    We have been notified by the Federal Bureau of Investigation that the District Attorney's office for the County of Butte has requested that the above-referenced complaint be dismissed.

    Therefore, we respectfully request that the complaint be dismissed and the warrant recalled.

                      Very truly yours,

                      McGREGOR W. SCOTT
                      United States Attorney


                      By <u>/S/ THOMAS E. FLYNN</u>
                         THOMAS E. FLYNN
                      Assistant U.S. Attorney


IT IS SO ORDERED:

    Dated:  December 13, 2005.

                      <u>/s/ Peter A. Nowinski</u>
                        PETER A. NOWINSKI
                      Magistrate Judge

<u>CERTIFICATE OF SERVICE</u>

UNITED STATES OF AMERICA,  )
                           )
    Plaintiff,             )   MAGISTRATE NO. 92-083-PAN
                           )
  v.                       )
                           )
JAVIER LOPEZ CAMPANERO     )
                           )
    Defendant(s).          )
_____)

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

    That on December 8, 2005, she served a copy of the attached:

    Motion to Dismiss; Proposed Order

by placing said copy into the interoffice mail.

        Federal Defender's Office

        United States Marshal's Office

                                            <u>/S/ Patsy Silva</u>
                                                Patsy Silva